UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                    Chapter 11

ASAD U. QAMAR,                                            Case No. 3:26-bk-1488-BAJ

      Debtor.

_____/

ASAD U. QAMAR,

      Plaintiff,

v.                                                        Adv. No. _____

AMERIS BANK, N.A.,

      Defendants.

_____/

## **VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF**

ASAD U. QAMAR ("**Qamar**" or the "**Debtor**"), seeks injunctive relief prohibiting the closing of certain bank accounts that Clinics (as defined below) have with Ameris Bank until all electronic transfers have been transitioned to new bank accounts.

### **Jurisdiction and Venue**

1. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334, in that it arises in and relates to the Chapter 11 case pending before this Court filed by the Debtor.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a).

3. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (0).

4.     The statutory PREDICATES for the relief sought herein are 11 U.S.C. §105(a) and 28 U.S.C. § 1334 and Fed.R.Bankr.P. 7001(7) and 7065.

## The Parties

5.     The Debtor is an individual who resides in Florida with a principal place of business in Marion County.

6.     Ameris Bank, N.A. ("**Ameris**") is a national banking institute that operates throughout the State of Florida.

## The Debtor's Business

7.     The Debtor is a cardiovascular disease specialist with almost forty years of experience in this area of medicine. Over the course of the Debtor's career, he has developed his skills not only as cardiovascular specialist, but also as an entrepreneur operating various businesses that are complementary to his primary occupation as a physician. To that end, the Debtor has interests in various entities (collectively, the "**Clinics**") more specifically outlined in **Exhibit A** to the Complaint.

8.     Collectively, the Clinics and the management company have over 150 dedicated and caring staff working for them.  The Clinics also employ twenty-four doctors.  More than 20,000 patients, including patients with very significant and urgent medical conditions, rely on the Clinics for their medical care.

9.     Each of the Clinics had accounts with Ameris (collectively, the "**Ameris Bank Accounts**").  A copy of the Ameris Bank Accounts is also included on **Exhibit A** to the Complaint.

10.    The Clinics receive payments for numerous services.  The bulk of the Clinics' revenues are received by electronic transfers, including insurance payments, Medicaid, and Medicare.

2

11. On May 8, 2026, Ameris sent correspondence (the "**Ameris Letters**") indicating that accounts would be closed on June 8, 2026. A copy of one of the Ameris Letters is attached as **Exhibit B**. Although Ameris Letters are dated May 8, 2026, the Debtor and the Clinics did not receive such correspondence until May 19, 2026, and therefore did not become aware of the matter until eleven days after the Ameris Letters were dated. Upon receipt of the correspondence, Debtor and his administrative team acted immediately and have worked diligently and continuously to attempt to address the issue.

12. It will take the Debtor a significant period of time to work with parties to change the transfer instructions with respect to the electronic transfers. Based on the Debtor's experience and the prior experiences of the Debtor's representatives, it could take up to six months to complete the transition of all electronic transfers. although the transition could be completed in as few as three months.

13. Since receiving the Ameris Letter, the Debtor and his representatives have tried to discuss with Ameris issues related to the transition of the Ameris Bank Accounts. After several attempts to resolve the issue, Ameris responded that it was not willing to adjust the date that the Ameris bank Accounts would be closed.

## The Chapter 11 Case

14. On April 6, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") and made an election to proceed under the Small Business Reorganization Act of 2019, as amended.

15. The Debtor filed this case to preserve the going concern value of the Debtor. The Debtor's primary assets consist of his interests in the Clinics.

4919-1384-9008, v. 4

16.     If the Clinics are not able to receive funds for a significant period of time, the Clinics would cease to operate.  The Clinics' failure would adversely impact the Debtor's ability to propose a Plan and cause numerous people to lose jobs.

17.     The Debtor is an interventional cardiologist who has completed specialized training. Through the Clinics, the Debtor performs catheter-based procedures, including angioplasty, stent placement, and other minimally invasive interventions designed to treat blocked or structurally compromised coronary arteries. These procedures are often scheduled months in advance and are performed on patients suffering from serious cardiovascular conditions.

18.     The closure of Debtor's bank accounts on  June 8, 2026, threatens to disrupt the operation of Clinic's medical practice and, consequently, the continuity of patient care. Such disruption could result in the postponement or cancellation of medically necessary procedures. As preservation of heart function is the goal, timely treatment is critical. Delays in addressing blockages can result in progressive and irreversible damage to heart muscle, diminished cardiac function, reduced quality of life, and sometimes heart failure or other dangerous complications. As is commonly recognized in the field, "time is muscle"; the longer a patient waits for a necessary intervention, the greater the risk of permanent cardiac injury.

19.     The Clinics have successfully opened new bank accounts with a Cogent Bank and would propose to make all disbursements from the new bank accounts.  The Clinics seek to use the Ameris Bank Accounts for the sole purpose of receiving electronic transfers and transferring the funds deposited into the Ameris Bank Accounts into new bank accounts.

### Count I – Injunctive Relief

20.     The allegations of paragraphs 1–17 are incorporated herein by reference.

4

21.     This is an action for injunctive relief pursuant to § 105(a) of the Bankruptcy Code and Rule 7065 of the Fed.R.Bankr.P.

22.     This complaint seeks temporary and preliminary relief through the entry of a preliminary injunction enjoining Ameris from closing the Ameris Bank Accounts until the Debtor has transitioned all electronic transfers to the new bank accounts.

## Substantial Likelihood on the Merits

23.     In this case, there is a substantial likelihood that the Debtor will be able to reorganize.

24.     The Debtor is determined to work efficiently toward filing a plan of reorganization, which will devote the Debtor's revenues to the payment of creditor claims.  The Debtor's ability to operate is dependent on the Clinics continuing to operate.

25.     The Debtor has a substantial likelihood of success on the merits in this Chapter 11 case, but only with an orderly transition of the Ameris Bank Accounts.

## Irreparable Harm

26.     In this case, there are "unusual circumstances" giving rise to irreparable harm. The Clinics will not be able to operate without access to the electronic transfers.

## Balance of Prejudice

27.     In contrast to the irreparable harm set forth above, the evidence will show that Ameris will suffer little, if any, prejudice from a stay of closing of the Ameris Bank Accounts.

28.     The Debtor is unable to see any harm to Ameris if the Ameris Bank Accounts were required to remain open to facilitate an orderly transition of the bank accounts.

4919-1384-9008, v. 4

## Public Interest

29.     The public interest will not be harmed if the Court temporarily stays the closing of the Ameris Bank Accounts.

30.     The granting of the injunctive relief sought herein unequivocally advances a significant public interest, that is, in confirming a plan as contemplated by the Bankruptcy Code, 11 U.S.C. §§ 101 et seq.  In addition, people will keep jobs and patient care will not be interrupted.

WHEREFORE, the Debtor respectfully requests that the Court issue a preliminary injunction (i) enjoining Defendant from closing the Ameris Bank Accounts until the Clinics transitioned all electronic transfers to a new bank, and (ii) providing such other and further relief as may be just and proper.

## VERIFICATIONS

I, Asad Qamar, have read the foregoing and verify that the allegations contained therein are true and correct.

_____
ASAD QAMAR

Dated this 1st day of June, 2026.


/s/ Scott A. Stichter
Scott A. Stichter (FBN 710679)
Michael A. Wynn (FBN 112300)
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida  33602
Telephone: (813) 229-0144
Email: sstichter@srbp.com
            mwynn@srbp.com
Attorneys for Debtor

6

4919-1384-9008, v. 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF* has been furnished on this 1st day of June, 2026, by the Court's CM/ECF electronic mail system to all parties receiving CM/ECF electronic noticing and by email to:

John M. Exum
Ameris Bank | SVP, Corporate Counsel
300 South Main St. | Moultrie, Georgia 31768
John.exum@amerisbank.com

/s/ Scott A. Stichter
Scott A. Stichter

4919-1384-9008, v. 4

**EXHIBIT A**

|  | Entity Name on Account | Account No. |
|---|---|---|
| 1) | Qamar Capital Inc. 1609 SW 17th St Ocala, FL 34471-1224 | *7497 |
| 2) | Qamar Capital Inc. 1609 SW 17th St Ocala, FL 34471-1224 | *1202 |
| 3) | Qamar Capital Inc. 1609 SW 17th St Ocala, FL 34471-1224 | *5630 |
| 4) | Qamar Capital Inc. 1609 SW 17th St Ocala, FL 34471-1224 | *6838 |
| 5) | Ocala Cardiovascular Institute 1202 SW 17th St. Ocala, FL 34471-1271 | *8251 |
| 6) | Marion Internal Medicine Associates 1202 SW 17th St. Ocala, FL 34471-1271 | *9976 |
| 7) | Space Coast Cardiology Consultants 1202 SW 17th St, Suite 201 Ocala, FL 34471 | *7232 |
| 8) | Live Oak Family Practice LLC 1202 SW 17th St, Suite 201 Ocala, FL 34471 | *7257 |
| 9) | Drs. Raja & Raja, P.a. 1202 SW 17th St, Suite 201 Ocala, FL 34471 | *0494 |
| 10) | Marion Heart Associates P.A. 1202 SW 17th St, Suite 201 Ocala, FL 34471 | *9950 |
| 11) | Keys Cardiology P.A 1202 SW 17th St., Suite 201 Ocala, FL 34471 | *6929 |
| 12) | Center for Health of Charlotte, P.A. 1202 SW 17th St. Ocala, FL 34471-1271 | *9984 |

| 13) | Heart & Vascular PLC 1202 SW 17th St.<br>Suite 201<br>Ocala, FL 34471 | *9968 |
|---|---|---|
| 14) | Surgical Centers of Ocala LLC 1609 SW 17th St<br>Ocala, FL 34471-1224<br>Suite 100 | *9671 |
| 15) | First Physicians of FL 1609 SW 17th St<br>Ocala FL 34471-1224, Suite 100 | *6242 |
| 16) | Cardiac Care Center, Inc.<br>1202 SW 17th St. P.O. Box 225<br>Suite 201<br>Ocala, FL 34471 | *4242 |
| 17) | Ashrock Management LLC 8099 NW 26th Lane Rd.<br>Ocala, FL 34482 | *8352 |
| 18) | Ankem Ravendra MD Pa 1202 SW 17th St, Suite 201<br>PMB 423<br>Lake City, FL 32605 | *9943 |

| Names on Signature Card | Ameris Closure Letter Received |
|---|---|
| *Dr. Asad Qamar; Warda Chaudhary* | ✓ |
| *Dr. Asad Qamar; Warda Chaudhary* | ✓ |
| *Dr. Asad Qamar; Warda Chaudhary* | ✓ |
| *Dr. Asad Qamar; Warda Chaudhary* | ✓ |
| *Dr. Asad Qamar; Warda Chaudhary* | ✓ |
| *Dr. Asad Qamar; Dr. Saiyed Mohib* | ✓ |
| *Dr. Asad Qamar* | ✓ |
| *Dr. Asad Qamar* | ✓ |
| *Dr. Asad Qamar; Michelle Stopher; Warda Chaudhary* | ✓ |
| *Dr. Asad Qamar; Dr. Saiyed Mohib* | ✓ |
| *Dr. Asad Qamar; Dr. Saiyed Mohib; Warda Chaudhary* | ✓ |
| *Dr. Asad Qamar; Dr. Saiyed Mohib* | ✓ |

| | |
|---|---|
| *Dr. Asad Qamar; Dr. Saiyed Mohib* | ✓ |
| *Dr. Asad Qamar; Warda Chaudhary* | ✓ |
| *Dr. Asad Qamar* | ✓ |
| *Dr. Asad Qamar; Dr. Mohammad Kaleem; Warda Chaudhary; Laurie Holland* | ✗ |
| *Dr. Asad Qamar; Warda Chaudhary* | ✗ |
| *Dr. Asad Qamar; Dr. Saiyed Mohib* | ✗ |

**EXHIBIT B**



05/08/2026

Qamar Capital Inc

1609 SW 17th St

Ocala FL 34471-1224

RE: Account Ending in  7497

Dear Qamar Capital Inc

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Qamar Capital Inc

1609 SW 17th St

Ocala FL 34471-1224

RE: Account Ending in  1202

Dear Qamar Capital Inc

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Qamar Capital Inc

*1609 SW 17th St*

*Ocala FL 34471-1224*

RE: Account Ending in  5630

Dear  Qamar Capital Inc

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Qamar Capital Inc

1609 SW 17th St

Ocala FL 34471-1224

RE: Account Ending in  6838

Dear Qamar Capital Inc

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

First Physicians Of Fl, Inc.

1609 SW 17th St Suite 100

Ocala FL 34471-1285

RE: Account Ending in  6242

Dear First Physicians Of Fl, Inc.

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Surgical Centers Of Ocala LLC

1609 SW 17th St Suite 100

Ocala FL 34471-1285

RE: Account Ending in  9671

Dear Surgical Centers Of Ocala LLC

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

(866) 616.6020 • amerisbank.com

 **AMERIS BANK**

05/08/2026

Lorven Heart and Vascular Ins

1202 SW 17th St

Ocala FL 34471-1271

RE: Account Ending in 9901

Dear Lorven Heart and Vascular Institute

We are writing to inform you that your account referenced above will be closed on
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after                    ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,


Chelsea Aguirre Frias

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Ocala Cardiovascular Institute

1202 SW 17th St

Ocala FL 34471-1271

RE: Account Ending in  8251

Dear Ocala Cardiovascular Institute LLC

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Marion Internal Medicine Assc

1202 SW 17th St

Ocala FL 34471-1271

RE: Account Ending in  9976

Dear Marion Internal Medicine Associates

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358



05/08/2026

Associates For Cardiovascular

1202 SW 17th St Suite 201 Pm

Ocala, FL 34471

RE: Account Ending in  9919

Dear Associates For Cardiovascular Excelle

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,


Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358



05/08/2026

Space Coast Cardiology Consul

1202 SW 17th St Suite 201 Pm

Ocala FL 34471-1283

RE: Account Ending in  7232

Dear Space Coast Cardiology Consultants,

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358



## AMERIS BANK

05/08/2026

Shreeven LLC

1202 SW 17th St Suite 201 Pm

Ocala, FL 34471

RE: Account Ending in  9935

Dear Shreeven LLC

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Live Oak Family Practice LLC

1202 SW 17th St Suite 201 Pm

Ocala FL 34471-1283

RE: Account Ending in  7257

Dear Live Oak Family Practice LLC

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,


Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358


### AMERIS BANK

05/08/2026

Drs. Raja & Raja, Pa

1202 SW 17th St Suite 201

Ocala FL 34471-1283

RE: Account Ending in  0494

Dear Drs. Raja & Raja, Pa

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Heart and Vascular Plc

1202 SW 17th St Suite 201 Pm

Ocala FL 34471-1283

RE: Account Ending in  9968

Dear Heart and Vascular Plc

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,


Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358

 **AMERIS BANK**

05/08/2026

Marion Heart Associates Pa

1202 SW 17th Suite 201 Pmb 4

Ocala FL 34471-1283

RE: Account Ending in  9950

Dear  Marion Heart Associates Pa

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358



**AMERIS BANK**

05/08/2026

Keys Cardiology, P.A.

1202 SW 17th St Suite 201 Pm

Ocala FL 34471-1283

RE: Account Ending in  6929

Dear  Keys Cardiology, P.A.

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358



05/08/2026

Center For Health, Of Charlotte

1202 SW 17th St

Ocala FL 34471-1271

RE: Account Ending in  9984

Dear Center For Health, Of Charlotte, P.A.

We are writing to inform you that your account referenced above will be closed on 06/08/2026 .
The remaining account balance will be mailed to you via official check, to the above referenced
address.

Please note that transactions received, for processing through this account, on or after 06/08/2026 ,
will be returned.  If you have established direct deposits or recurring payments through this
account, you must contact the parties or agencies who initiate the transactions to avoid
disruption.

This notice is provided to you 30 days in advance of the account closure, to give you time to
transition your account to another financial institution and to redirect any preauthorized debits
or credits processed through this account. If you should have any questions regarding this
letter, please contact me directly.

Sincerely,

Chelsea Aguirre

5400 SW College Rd

Ocala, FL  34474

(352) 237-0358